UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cornell Squires,

        Plaintiff,                       Case No.10-14194

v.                                                   Hon. Nancy G. Edmunds

City of Detroit, a Michigan Municipal
Corporation, Dave Bing, Individual and as
Mayor-City of Detroit, Gail Oxendine,
Individually and as Director City of Detroit
Human Resources Department, a
Municipal Agency of the City of Detroit,,

        Defendant.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' motion to dismiss is GRANTED, and the case is hereby DISMISSED with prejudice.

      SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: May 31, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 31, 2011, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager